

**FILED**

OCT 27 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

Etha Jones, Agness Mccumy )
)
v. )
)
Benjamin Mccumy et al )

NO. **2:23-cv-141**
(To be assigned by the Clerk's Office.
Do not write in this blank.)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**WITH SUPPORTING DOCUMENTATION**

I, __Agness Mccumy__, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

I filed this lawsuit to recover the money owed to me as a permanent resident under the Violence Against Women Act (VAWA). This money is from my sponsors Benjamin and Gary Mccumy under Section 213 A of the Immigration Naturalization Act (INA). Instead of paying me the money owed, Benjamin, Gary, Cindy and retired Senior Judge Thomas Wright engaged in a RICO criminal conspiracy to obstruct justice, kidnap my son I.M and unlawfully incarerate me. So far they succeeded in bankrupting me financially.

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)          YEAR OF BIRTH

Agness          Mccurry        12/9/1996

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

7033

HOME ADDRESS:

512 Swadley Rd H64 Johnson City TN 37601

OWN OR RENT?             HOW LONG AT CURRENT ADDRESS?

RENT                 3yrs

MARITAL STATUS:

Single

NAME AND ADDRESS OF CURRENT EMPLOYER:

I am unemployed and financially crippled because Benyamin and Gary Mccurry refused to provide financial support according to the Affidavit of Support filed in this complaint

TELEPHONE NUMBER OF EMPLOYER?

N/A

HOW LONG AT CURRENT EMPLOYMENT?

N/A

OCCUPATION (Describe what you do):

I am trying to survive with help from Co-Plaintiff Etha Jones and some Tik Tok followers.

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: N/A             NET: N/A

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: June 13th 2023

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: $2,400

Case 2:23-cv-00141-JRG-CRW    Document 1    Filed 10/27/23    Page 2 of 10    PageID #: 2

**HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?**

Business, professional or other form of self-employment? [X] Yes     [ ] No

If YES, state the source and amount:

$2,400 from Walmart as a delivery Driver. My Car is repossessed now

Rent payments, interest, or dividends? [ ] Yes     [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments? [ ] Yes     [X] No

If YES, state the source and amount:

Gifts or inheritance? [X] Yes     [ ] No

If YES, state the source and amount:

$300 from Tik Tok followers to help me survive

Any other source? [X] Yes     [ ] No

If YES, state the source and amount:

$100 Go Fund Me donations

Case 2:23-cv-00141-JRG-CRW    Document 1    Filed 10/27/23    Page 3 of 10    PageID #: 3

## ASSETS:

**LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE**

CASH                                                                                    $ 0

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)                  $ 26.88
**(Do NOT include account numbers)**

Regions

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)                  $ 0
**(Do NOT include account numbers)**

STOCKS AND BONDS                                                         $ 0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

$ 0

$ 0

$ 0

**TOTAL REAL ESTATE**                                                   $ 0

Page 4 of 10

Case 2:23-cv-00141-JRG-CRW   Document 1   Filed 10/27/23   Page 4 of 10   PageID #: 4

## VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____ $ 0

_____ $ 0

_____ $ 0

**TOTAL PERSONAL PROPERTY** $ 0

## MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| Ford Eco Sport 2020 (Currently | | $ 19,000 |
| Repossessed and lawsuit) | | $ |
| (2:23-CV-61) | | $ |

**TOTAL VALUE OF MOTOR VEHICLES** $ 19,000

## DEBTS OWED TO YOU (Give Name of Debtor)

Benjamin & Gary Mccumy     $ 30,000 and above

(Affidavit of Support Contract)     $

_____ $

**TOTAL DEBTS OWED TO YOU** $ 30,000 and above

## OTHER ASSETS (ITEMIZE)

_____ $ 0

_____ $ 0

_____ $ 0

**TOTAL OTHER ASSETS** $ 0

**TOTAL OFF ALL ASSETS:** $ 19,000

Page 5 of 10

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Chase $ 2 000

Discover $ 2 000

Eastman Credit Union $ 2 500

(I have a lot of debt not just these and I haven't been able to pay

**TOTAL LOANS PAYABLE TO BANKS** $ 6,500

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 16,000 |
| MEDICAL BILLS | $ 3,820.45 |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____ $ _____

_____ $ _____

_____ $ _____

**TOTAL LIABILITIES** $ 19,820.45

Case 2:23-cv-00141-JRG-CRW    Document 1    Filed 10/27/23    Page 6 of 10    PageID #: 6

# LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 678 | $ N/A |
| ELECTRICITY | $ 40 | $ N/A |
| WATER | $ 0 | $ N/A |
| GAS | $ 0 | $ N/A |
| TELEPHONE | $ 55 | $ N/A |
| FOOD | $ 200 | $ N/A |
| ALIMONY | $ 0 | $ N/A |
| CHILD SUPPORT | $ 0 | $ N/A |
| CHILD CARE | $ 0 | $ N/A |
| SCHOOL EXPENSES | $ 0 | $ N/A |
| AUTOMOBILE NOTE | $ 0 | $ N/A |
| AUTOMOBILE INSURANCE | $ 0 | $ N/A |
| AUTOMOBILE REPAIRS | $ 0 | $ N/A |
| GASOLINE | $ 0 | $ N/A |
| FURNITURE NOTE | $ 0 | $ N/A |
| CLOTHING | $ 0 | $ N/A |
| CABLE TELEVISION | $ 0 | $ N/A |
| LIFE INSURANCE | $ 0 | $ N/A |
| HOSPITALIZATION INSURANCE | $ 0 | $ N/A |
| DOCTORS | $ 0 | $ N/A |
| DRUGS | $ (I can't pay my | $ N/A |
| CREDIT CARDS | $ bills right now) | $ N/A |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ 0 | $ N/A |
| TAXES | $ | $ N/A |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

**TOTAL EXPENSES**    $ 973

My Co-Plaintiff helps me with this bill and some donations from my Tik Tok followers. I can't find employment due to the actions in my lawsuit and retaliation by the Defendants I am suing.

Case 2:23-cv-00141-JRG-CRW   Document 1   Filed 10/27/23   Page 7 of 10   PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)            YEAR OF BIRTH

N/A                                    N/A

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.

N/A                                    N/A

HOME ADDRESS (if different from yours):

N/A

OWN OR RENT?   N/A        HOW LONG AT CURRENT ADDRESS?   N/A

NAME AND ADDRESS OF CURRENT EMPLOYER:

N/A

TELEPHONE NUMBER OF EMPLOYER:

N/A

HOW LONG AT CURRENT EMPLOYMENT?

N/A

OCCUPATION (Describe what your spouse does):

N/A

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages | $ N/A |
| Commissions | $ N/A |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $ N/A |
| **TOTAL:** | $ N/A |

Case 2:23-cv-00141-JRG-CRW    Document 1    Filed 10/27/23    Page 8 of 10    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                  Age:            Relationship:        Living
                                                              With Whom?

Isaiah Mccumy    6           Son          Father

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)            $ N/A

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                     $ N/A

Page 9 of 10

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

10/27/23
**DATE**

_(signature)_
**SIGNATURE**

Created:        January 31, 2007
IPF Application.wpd

Page 10 of 10