
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT GREENEVILLE

| | |
|---|---|
| Agness Mccurry, Etha Jones | ) |
| Plaintiffs | ) |
| V. | ) Case No. 2: 23-cv-141 |
| Benjamin Mccurry | ) Jury Trial Requested |
| Gary Mccurry, Cindy Mccurry | ) |
| Thomas Wright. | ) |
| Defendants in their | ) |
| individual capacities | ) |

AGNESS MCCURRY AND ETHA JONES COMPLAINT FOR:

> ➢ BREACH OF AFFIDAVIT OF SUPPORT CONTRACT UNDER SECTION

   213 A OF THE IMMIGRATION NATURALIZATION ACT (INA).

> ➢ OUTRAGEOUS CONDUCT AND INTENTIONAL INFLICTION OF

   EMOTIONAL DISTRESS.

> ➢ DECLARATORY JUDGMENT REGARDING THE RIGHTS AND

   FINANCIAL OBLIGATIONS UNDER THE AFFIDAVIT OF SUPPORT

   PURSUANT TO 28 U.S.C. §2201.

> ➢ CIVIL RIGHTS VIOLATION UNDER 18 U.S. Code §§241-242

> ➢ DEPRIVATION OF RIGHTS 42 U.S. Code § 1983

> ➢ RICO CIVIL CONSPIRACY 18 U.S. Code §§1962-1964

1

**Agness Mccurry**

512 Swadley Rd H 64

Johnson City TN 37601.

**Etha Jones**

100 Civic Dr 108

Hercules CA 94547.

# I.   **TABLE OF CONTENTS**

I. TABLE OF CONTENTS .................................................................. 3

II. APPENDIX OF EXHIBITS AND AUTHORITIES .................................. 3

III. BACKGROUND .......................................................................... 5

IV. PLAINTIFF AGNESS MCCURRY AND ETHA JONES STATEMENT OF CLAIMS AND FACTS SUPPORTING THE CLAIM AGAINST ALL DEFENDANTS ........................................................................ 13

    1.   Agness' Statement of Claims Against Benjamin and Gary Mccurry ....................... 13

    2.   Agness' Statement of Claims Against Cindy and Gary Mccurry............................ 13

    3.   Agness' Statement of Claims Against Retired Senior Judge Thomas Wright ........ 13

    4.   Etha Jones Statement of Claims Against Benjamin and Gary Mccurry ................. 14

    5.   Agness' and Ms. Jones Facts Supporting the Claim and Applicable Law .............. 14

V. BASIS FOR JURISDICTION ........................................................ 28

VI. RELIEF SOUGHT .................................................................... 28

VII. DEFENDANTS ADDRESS INFORMATION ........................................ 29

# II.   **APPENDIX OF EXHIBITS AND AUTHORITIES**

## State Code

Tenn. Code Ann. § 28–3–104 ..................................................................14

## Other Authorities

"Green Card for VAWA Self-Petitioner." USCIS, 10 Dec. 2020, www.uscis.gov/green-card/green-card-eligibility/green-card-for-vawa-self-petitioner ..................................8

"United States District Court." Judicial Officers | Eastern District of Tennessee | United States District Court, www.tned.uscourts.gov/judicial-officers. Accessed 25 Oct. 2023 ...................12

## Appendix of Exhibits

Exhibit A Affidavit of Support (Redacted) ..................................................5

Exhibit C Copy of Divorce Decree ..............................................................7

Exhibit D Copies of Notices ...................................................................................7
Exhibit E April 26th 2023 Order Page 13................................................................7
Exhibit EFRJ 1 Copies of Money sent to Agness via Cashapp................................24
Exhibit EFRJ 2 Credit Card contract with Agness ..................................................24
Exhibit EFRJ 3 Phone Log History ........................................................................24
Exhibit EFRJ 4 Sample Text Messages ..................................................................24
Exhibit F Affidavit of Criminal Complaint by State of Tennessee ..........................10
Exhibit G Walmart Termination Letter ...................................................................10
Exhibit H Notice of Repossession ...........................................................................10
Exhibit I Email from Counsel Phillips on August 23rd 2023 with Benjamin attached...............15
Exhibit J Eviction Proceeding by Stoneybrooke LLC..............................................15
Exhibit K Joint Mutual Restraining Order filed July 14th 2022................................16
Exhibit L Motion for Emergency Custody ...............................................................16
Exhibit M Order denying Emergency Custody .........................................................16
Exhibit N of Photos of Gary, Cindy and Benjamin after July 14th 2022...................17
Exhibit O Police Reports ........................................................................................19
Exhibit P Police Report and 911 Reports by Agness and Ms. Jones.........................20
Exhibit Q Police Report and 911 Report taken March 5th 2018................................20
Exhibit R Ban Notice by Landlord Debra McCorkle .............................................20
Exhibit S Order filed by Judge Lauderback February 22nd 2019 .............................21
Exhibit T Copy of Background Report submitted with VAWA .................................21
Exhibit U August 7th 2020 Transcript Page 13........................................................22
Exhibit V Order Continuing February 7th 2023 trial ...............................................23

## Federal Code

18 U.S. Code § 1962 ........................................................................................13, 24
18 U.S. Code § 241 ...............................................................................................25
18 U.S.C. § 371 ....................................................................................................24
18 USC §§1962-1964 ............................................................................................27
18 USC §§241-242 ................................................................................................27
213 A of the Immigration Naturalization Act (INA) ...............................................27
28 U.S.C § 1331 ...................................................................................................27
28 USC § 2201.................................................................................................12, 27
42 U.S. Code § 12203 ...........................................................................................13
42 USC § 1983.......................................................................................................27
Federal Tort Claims Act (FTCA).............................................................................8
Section 213 A of the Immigration Naturalization Act (INA).....................................12

## Federal Cases

*Akers v. Maerkle*, 3:20-01107, (M.D. Tenn. Oct. 22, 2021)....................................14
*Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937, 173 L. Ed. 2d 868, 73 Fed. R. Serv. 3d 837
(2009) ...................................................................................................................8
*Cal. Pub. Employees' Ret. Sys. v. ANZ Sec., Inc.*, 137 S. Ct. 2042, (2017)..............14

4

*Cerrato v. San Francisco Community College Dist*, 26 F.3d 968, (9th Cir. 1994)........................6
*Harvey v. America's Collectibles Network, Inc.*, No. 3:09-CV-523, (E.D. Tenn. Jan. 20, 2011).18
*Mehmood v. Sarani*, No. 2:17-CV-0970 KJM AC PS, (E.D. Cal. Sep. 26, 2017) ........................16
*See Charles J. Vacanti, M.D., Inc. v. State Comp. Ins. Fund*, 24 Cal.4th 800, (Cal. 2001)..........26
*Yuryeva v. McManus*, NO. 01-12-00988-CV, (Tex. App. Nov. 26, 2013)....................................11

**State Cases**

*Taylor v. Harsh*, No. M2019-01129-COA-R3-CV (Tenn. Ct. App. Feb. 21, 2020)........................8

# III. <u>BACKGROUND</u>

This lawsuit is filed against the Defendants Retired Senior Judge Thomas Wright, Benjamin Mccurry, Cindy Mccurry and Gary Mccurry regarding the breach of the contract "Form I-864 Affidavit of Support" under Section 213A of the Immigration and Nationality Act (INA) See 8 CFR § 213. This Affidavit of Support enforces a financial contract between Agness, Benjamin and Gary Mccurry entered September 22nd 2017 (Gary Mccurry) and October 6th 2017 (Benjamin Mccurry) See **Exhibit A Affidavit of Support (Redacted) and Exhibit B Notice of Approval of Green Card Application.**

Thomas Wright presided over Agness divorce case; He engaged in outrageous conduct to deny and block Agness from receiving the mandatory financial support contained in the Affidavit of Support. Thomas Wright stepped down as Senior Judge on August 31st 2023 due to Agness and Ms. Jones federal lawsuit 2:23-CV-29. All claims against Thomas Wright in this complaint are in his "*personal capacity.*" ""Personal-capacity suits seek to impose personal liability upon a

5

government official for actions he takes under color of state law. 11 *Kentucky v. Graham*, 473 U.S. 159, 165, 105 S. Ct. 3099, 87 L.Ed.2d 114 (1985) (emphasis added). A victory in such a suit is a "victory against the individual defendant, rather than against the entity that employs him. 11 *Id.* at 167-68, 105 S. Ct. at 3105.Thus, the Eleventh Amendment prohibition against monetary damages imposed on a state does not apply to such suits." See *Cerrato v. San Francisco Community College Dist,* 26 F.3d 968, 973 (9th Cir. 1994).

Gary and Cindy Mccurry are Benjamin's Parents that also engaged in outrageous conduct to harass and inflict Agness with emotional distress for Benjamin's best interests. Etha Jones is Agness' Godmother who assisted Agness with financial, spiritual and emotional support since 2018. Ms. Jones is Agness' biggest support system. Benjamin and his family sabotaged Agness' relationships with her family in Zambia; They engaged in outrageous conduct to slander Agness' character and reputation through their falsehoods. Benjamin and his family are part of a serious RICO criminal cult sponsored by State and Federal resources to obstruct justice, kidnap Agness' son I.M, unlawfully incarcerate her and deport her through fraudulent criminal charges. Benjamin and Thomas are Defendants in 2:23-CV-29 currently under appeal at the 6th Circuit.

6

Benjamin and Agness Mccurry married September 24th 2016 in Washington County Tennessee. A minor child was born to the marriage I.M on July 10th 2017. The parties marriage divorced by decree filed March 5th 2019 by Judge James Lauderback of the Washington County Circuit Court See **Exhibit C Copy of Divorce Decree.**

Prior to the divorce decree, Benjamin applied for lawful permanent residency for Agness—who was in the United States on F-1 Student visa. Benjamin submitted the following documents with the United States Citizenship and Immigration Services (USCIS) on October 12th 2017 See **Exhibit D Copies of Notices**: 1) Form I-485 Application to Register Permanent Residence or Adjust Status, 2) Form I-130 Petition for Alien Relative, 3) I-131 Petition for Alien Relative, I-131 Application for Travel Document and 4) I-765 Application for Employment Authorization.

Judge Wright, while in a RICO civil conspiracy with Benjamin Mccurry, obstructed justice to Agness by: 1) Covering up Agness immigration history with Benjamin, 2) Lying about Agness green card status under the Violence Against Women Act (VAWA) to assist Benjamin and Gary Mccurry evade their financial obligations under the Affidavit of Support. Judge Wright lied about the VAWA alleging that it was obtained "ex-parte" which was false See **Exhibit E April 26th 2023 Order Page 13**. Agness obtained the VAWA as a former abused spouse

7

divorced from Benjamin. "Under the federal Violence Against Women Act (VAWA), you may be eligible to become a lawful permanent resident (get a Green Card) if you are the victim of battery or extreme cruelty committed by: *A U.S. citizen spouse or former spouse*" See "Green Card for VAWA Self-Petitioner." USCIS, 10 Dec. 2020, www.uscis.gov/green-card/green-card-eligibility/green-card-for-vawa-self-petitioner.

All Defendants in this lawsuit are sued in their *individual capacities*. Both state and federal law permit lawsuits against state and federal employees when their actions go beyond their official capacity See *Taylor v. Harsh*, No. M2019-01129-COA-R3-CV (Tenn. Ct. App. Feb. 21, 2020); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937, 173 L. Ed. 2d 868, 73 Fed. R. Serv. 3d 837 (2009).

Tenn. Code. Ann § 29-20-310(c) states that:

> (c) No claim may be brought against an employee or judgment entered against an employee for injury proximately caused by an act or omission of the employee within the scope of the employee's employment for which the governmental entity is immune in any amount in excess of the amounts established for governmental entities in § 29-20-403, **unless** the act or omission was willful, malicious, criminal, or performed for personal financial gain, or unless the act or omission was one of medical malpractice committed by a health care practitioner and the claim is brought against such health care practitioner. As used in this subsection (c), health care practitioner means physicians licensed under title 63, chapter 6, and nurses licensed under title 63, chapter 7.

Likewise, the Federal Tort Claims Act (FTCA) codified in Title 28, Section 1346(b) and Chapter 171 of the United States Code establishes that federal employees can be sued in their individual capacity.

8

Judge Wright aided and abetted Benjamin to abuse Agness and her son I.M through the divorce case. Judge Wright violated the law by presiding over Agness divorce and child custody without a valid "Oath of Office" at the Tennessee Secretary of the State (SOS) proved in case 2:23-CV-29 See Document 101 Filed 08/17/23 Page 1 of 4 PageID #: 2254. Judge Wright had no business attacking the validity and obligation of Benjamin in the Affidavit of Support. Judge Wright stated in his June 20th Order that: "This Court has issued no order requiring Mr. McCurry to provide Ms. McCurry with financial support. As stated in her recent Motion, Ms. McCurry has previously filed a Motion Requesting Immediate Financial Support Under Form I-864, Affidavit of Support from Benjamin McCurry. That Motion was filed February 10, 2023. **It remains pending**. There is no order granting or denying that Motion or otherwise requiring Mr. McCurry to support Ms. McCurry."

Judge Wright retired on August 31st 2023 with Agness motion "pending" as retaliation for the best interests of Benjamin. Judge Wright also attacked Agness mental health with accusations of "paranoia" and "delusional thinking"; He also stripped Agness 100% of custody to I.M in his April 26th 2023 Order. Judge Wright has full support of the existing federal judges at the Tennessee Eastern District such as Chief Judge Travis McDonough, Magistrate Cynthia Wyrick, Thomas Varlan and Clifton Corker. This is seen from cases 2:23-CV-29, 2:23-CV-61, 2:23-CV-00130

and 3:23-CV-00367. They all originate from State and Federal agents using financial resources to abuse Agness in every way possible especially financially.

Agness is entitled to the back pay from the Affidavit of Support since she became a permanent resident on June 23rd 2021 **Exhibit B**. Agness used to work to provide for herself; Benjamin decided to wage war against her. Benjamin conspired with Judge Wright who unlawfully incarcerated Agness on February 7th 2023 See 2:23-CV-29. Agness incurred false criminal charges from Judge Wright's fraudulent "Contempt" Order and lost employment from Walmart on June 16th 2023 See Exhibit F Affidavit of Criminal Complaint by State of Tennessee and **Exhibit G Walmart Termination Letter**. Agness also had her vehicle repossessed See **Exhibit H Notice of Repossession**. Benjamin, Judge Wright and Gary owe Agness damages and the full amount owed to her caused by their outrageous and wicked criminal conduct.

Ms. Jones helped Agness keep her head above water by providing Agness financial support since 2018. Ms. Jones has: 1) Given Agness monetary donations, 2) Paid some of Agness rent, 3) Loaned Agness her credit card of $10,000 after she lost employment but is currently maxed out. Ms. Jones makes the monthly payments on Agness behalf, 4) Traveled to Agness criminal proceedings and rented cars to go to court and 5) Helped Agness obtain food. Ms. Jones has also been Agness support

10

system for counseling and support. Benjamin succeeded at eroding the familial relationship that Agness had with her family in Zambia.

The actions of some federal judges that Agness experienced made her feel like they have an agenda against her See Cases 2:23-CV-29, 2:23-CV-00130 & 3:32-CV-00367. Agness presents factual evidence consistent with the laws of the United States yet Judge(s) Travis McDonough, Clifton Corker, Thomas Varlan and Magistrate Wyrick made every effort to conspire against her Due Process rights. These judges have done nothing but **promote** xenophobia and domestic abuse to Agness—a recipient of the Violence Against Women Act (**VAWA**) See 2:23-CV-29. Although the federal laws are clear, these federal judges showed Agness that Benjamin needed protection more because he is "American." This is why Agness **does not** request any existing judge at the Tennessee Eastern District to preside over any of her cases at all.

"The Immigration and Nationality Act ("INA") provides that when an immigrant is "likely to become a public charge," a qualified sponsor must complete an affidavit of support promising to support the sponsored immigrant "at an annual income of at least 125 percent of the Federal poverty line." Immigration and Nationality Act (INA) § 213a; 8 U.S.C. § 1183a (2006). The INA specifies varying events that will terminate the support obligation, none of which are at issue in this appeal. INA § 213A; 8 U.S.C. § 1183a. An affidavit of support executed as a part of the condition

11

for an immigrant to enter the United States is an enforceable contract. *See In re Marriage of Kamali and Alizadeh,* 356 S.W.3d 544, 546-47 (Tex. App.—Texarkana 2011, no pet.). A sponsored immigrant may bring an action "in any appropriate court" against her sponsor to enforce his support obligations. INA § 213A; 8 U.S.C. § 1183a." See *Yuryeva v. McManus*, NO. 01-12-00988-CV, 14-15 (Tex. App. Nov. 26, 2013).

There needs to be a special judge to apply the correct law in this case. Agness can obtain enforcement of the Affidavit of Support in a District Court. Judge Wright has strong support and solidarity with the existing federal judges in the Tennessee Eastern District Court without a valid "Oath of Office." "The district judges of our court are Article III judges, that is, they are appointed by the President of the United States, with approval of the Senate, under authority of Article III of the United States Constitution. They are appointed to lifetime terms" See "United States District Court." Judicial Officers | Eastern District of Tennessee | United States District Court, www.tned.uscourts.gov/judicial-officers. Accessed 25 Oct. 2023.

Agness requests that President Biden and Congress appoint a special judge to preside over this complaint. Agness is sick and tired of the federal judges and magistrates at the Tennessee Eastern District. They are all engaged in a RICO criminal conspiracy to obstruct justice to her.

12

# IV. **PLAINTIFF AGNESS MCCURRY AND ETHA JONES STATEMENT OF CLAIMS AND FACTS SUPPORTING THE CLAIM AGAINST ALL DEFENDANTS**

### 1. Agness' Statement of Claims Against Benjamin and Gary Mccurry

Agness submits claims against Benjamin and Gary Mccurry for: 1) Breach of the Affidavit of Support Contract Under Section 213 A of the Immigration Naturalization Act (INA), 2) Outrageous Conduct and Intentional Infliction of Emotional Distress and 3) Declaratory Judgement Regarding the Right and Financial Obligations under the Affidavit of Support Pursuant to 28 USC § 2201.

### 2. Agness' Statement of Claims Against Cindy and Gary Mccurry

Agness submits claims against Cindy and Gary Mccurry for: 1) Outrageous Conduct, 2) Intentional and Negligent Infliction of Emotional Distress, 3) Intentional and Negligent Interference with Mother-son relationship, 4) Intentional interference with visitation rights.

### 3. Agness' Statement of Claims Against Retired Senior Judge Thomas Wright

Agness submits claims against retired Senior Judge Thomas Wright in his personal capacity for: 1) RICO civil conspiracy 18 U.S. Code § 1962 to obstruct justice to Agness by refusal to grant her requests to enforce the Affidavit of Support in her divorce case for the best interests of Benjamin, Gary and Cindy, 2) Outrageous Conduct 3) Intentional and Negligent Infliction of Emotional Distress 4) Deprivation of Due Process rights 5) Fraudulent Misrepresentation.

### 4. Etha Jones Statement of Claims Against Benjamin and Gary Mccurry

Etha Jones submits claims against Benjamin, Judge Wright, Gary Mccurry for: 1) Outrageous Conduct 2) Intentional Infliction of Emotional Distress 3) Financial Damages for helping Agness overcome their abuse of her through the Courts.

### 5. Agness' and Ms. Jones Facts Supporting the Claim and Applicable Law

The statute of limitations for personal injury tort in Tennessee is one (1) year See Tenn. Code Ann. § 28–3–104. A four-year statute of limitations applies to civil RICO claims. *Agency Holding Corp. v. Malley-Duff & Assocs., Inc.,* 483 U.S. 143, 156 (1987). "The four-year period begins to run when a party knew, or through exercise of reasonable diligence should have discovered, that the party was injured by a RICO violation." *Sims v. Ohio Cas. Ins. Co.,* 151 Fed.Appx. 433, 435 (6th Cir.

2005) *(citing Rotella v. Wood,*528 U.S. 549, 553-55 (2000)) See *Akers v. Maerkle,*
3:20-01107, 8 (M.D. Tenn. Oct. 22, 2021). There is an on-going RICO conspiracy
at the State and Federal level causing the statute of limitations to be tolled See
2:23-CV-29, 2:23-CV-61, 2:23-CV-00130 and 3:23-CV-00367. The US Supreme
Court in *Cal. Pub. Employees' Ret. Sys. v. ANZ Sec., Inc.,* 137 S. Ct. 2042, 2052
(2017) (holding that the Federal Court "sitting as a chancellor" has the authority to
toll a statute of limitations on equitable grounds based on, among other things, a
pattern of misconduct by Defendants.)

The Affidavit of Support begun enforcement after Agness' green card
application was approved on June 23rd 2021 **Exhibit B**. Benjamin has refused to
fulfill his obligations under the affidavit of support. Benjamin's former attorney,
Counsel Sandy Phillips, sent Agness an email stating that although she wasn't an
"immigration attorney…it is clear that Benjamin has no financial obligation to
you" See **Exhibit I Email from Counsel Phillips on August 23rd 2023 with
Benjamin attached**.

The Affidavit of Support that Benjamin signed in October 2017 stated on
Page 9 "Sponsor's Certification" that he : 1) Knew the "contents of this affidavit",
2) Read and Understood each of the obligations in the contract "freely" and
without "any mental reservation or purpose of evasion", 3) Agreed to "submit to
the personal jurisdiction of any Federal or state court that has subject matter

15

jurisdiction of a lawsuit against him to enforce the obligations of form I-864". 4) Understood that he was related to Agness by "marriage" even in the event of "termination by divorce, dissolution, annulment or other legal process" that would not "relieve him of the obligations under form I-864." This certification is also true for Gary Mccurry, however, Agness never received any financial support from them. This is outrageous conduct that inflicted Agness with severe emotional distress. Agness is now facing eviction because Benjamin and Gary refused to provide her with their mandatory financial resources under the Affidavit of Support See **Exhibit J Eviction Proceeding by Stoneybrooke LLC**.

This is the reason Agness seeks declaratory relief from the District Court to enforce the Affidavit of Support against Benjamin and Gary Mccurry. An affidavit of support filed on behalf of an immigrant pursuant to the statute is enforceable as a contract. 8 U.S.C. § 1183a(a)(1)(B). Section 1183a creates a private right of action by which a sponsored immigrant may enforce an affidavit of support. 8 U.S.C. § 1183a(e) ("An action to enforce an affidavit of support . . . may be brought against the sponsor in any appropriate court by a sponsored alien, with respect to financial support.")." See *Mehmood v. Sarani*, No. 2:17-CV-0970 KJM AC PS, 3 n.1 (E.D. Cal. Sep. 26, 2017).

Benjamin and Gary preferred to engage in outrageous conduct by harassing Agness when she had custody and visitation of I.M in 2022. Agness was deprived

16

of Due Process at Benjamin's "Order of Protection trial" set for July 14th 2022.
Benjamin and his then fiancé "Kelly Wray" were allowed to provide aggravated
perjury against Agness in open court presided by former trial court Judge James
Lauderback. This information is contained in 2:23-CV-29.

Judge Lauderback entered a "Joint Mutual Restraining Order" based off
their falsehoods that harmed Agness Mother-son relationship with I.M **Exhibit K
Joint Mutual Restraining Order filed July 14th 2022**. Judge Lauderback
premeditated this Order because he entered it on the same day, July 7th 2023, that
Agness requested emergency custody of I.M—due to the abuse he was
experiencing at Kelly Wray's residence See **Exhibit L Motion for Emergency
Custody and Exhibit M Order denying Emergency Custody**. Benjamin and
Kelly practiced cohabitation secretly without Agness knowledge; Kelly's son's
were also inflicting harm on I.M. All the judges in Agness' case never cared about
the best interests of I.M including Judge Wright. They always placed him in harms
way.

Gary and Cindy would come uninvited to team up with Benjamin to harass
Agness as she tried to comply with the Court Order See **Exhibit N of Photos of
Gary, Cindy and Benjamin after July 14th 2022**. Benjamin was the only party
"authorized" to pick up and drop off the minor child I.M. The joint mutual
restraining Order was used to give "false protection" to the abuser Benjamin and

17

free reign to continue the abuse to Agness and I.M. Gary and Cindy always attended the drops off without reason but to inflict Agness with emotional distress and torment her.

Benjamin never required his parents' support prior to the joint mutual restraining Order to accompany him. Gary and Cindy would park at the nearby grocery store where Agness lived then switch vehicles with Benjamin as shown in the photos. Benjamin allowed his parents to "come about" the drop offs involving I.M to "harass" Agness with their presence and "interfere" which was a violation of the joint mutual restraining order.

"Outrageous conduct and intentional infliction of emotional distress are the same cause of action. *Bain v. Wells*, 936 S.W.2d 618, 622 n. 3 (Tenn. 1997). There are three elements to this cause of action under Tennessee law: "(1) the conduct complained of must be intentional or reckless; (2) the conduct must be so outrageous that it is not tolerated by civilized society; and (3) the conduct complained of must result in serious mental injury." *Id.* at 622 (citations omitted)...Liability has been found only where the conduct has been so outrageous in character, and so extreme in degree, as to go beyond all bounds of decency, and to be regarded as atrocious and utterly intolerable in a civilized community." See *Harvey v. America's Collectibles Network, Inc.*, No. 3:09-CV-523, 27 (E.D. Tenn. Jan. 20, 2011).

18

Agness has always faced emotional and mental injury throughout her divorce case. Benjamin is abusive yet the judges ignored the abuse and subjected her to repeated torture by giving him primary custody of I.M. The mental injury that Agness repeatedly faced was why her VAWA was ignored by the Court. Also at the federal level, Agness VAWA is ignored by Judge Varlan and Magistrate Wyrick in 2:23-CV-29. Benjamin, Gary and Cindy are allowed to continue abusing Agness infinitely by the State and federal courts. This is outrageous conduct. Agness is unable to see I.M permanently due to Judge Wright's Orders in the case.

Agness also faced mental distress because Benjamin and Gary continued to abuse her by refusing to fulfill their financial obligations under the affidavit of support. Agness lost her employment due to Judge Wright's fraudulent criminal contempt Order. Agness is facing fraudulent criminal charges for the best interests of Benjamin, Gary, Cindy and Judge Wright. These wicked Defendants have successfully received unanimous support at the State and Federal level with their RICO conspiracy to defraud the United States by waging war against Agness. The VAWA is a federal bill but all the existing District Court judge(s) and Magistrates in the Tennessee Eastern District won't accept it.

Benjamin has successfully used his falsehoods against Agness to reverse the victim (Agness) to offender (DARVO). DARVO in the context of narcissistic abuse means "Deny and Reverse Victim to Offender." Agness has always been the

19

real victim of Benjamin's abuse; However, Benjamin usurped the authority of the State and Federal Courts as well as local Police to inflict Agness, I.M and Ms. Jones with emotional distress.

Benjamin has obtained numerous "trespass Orders" from the judges sued in Agness federal lawsuits to further his scheme of State sponsored child abuse and domestic violence against Agness **Exhibit O Police Reports**. These Orders were entered by a biased and erroneous assessment of the evidence as well as a deprivation of Due Process to Agness. Benjamin convinced local law enforcement to enforce these corrupt and criminal Orders. A recent incident that occurred on October 25th 2023 resulted in another "trespass" notice when Agness and Ms. Jones requested a welfare check on the minor child I.M that Agness is deprived of Custody due to Judge Wright's fraudulent April 26th 2023 Order See **Exhibit P Police Report and 911 Reports by Agness and Ms. Jones**.

Benjamin has always wanted to control Agness ever since she decided to divorce him. Benjamin engaged in a physical fight with Agness to stop her from divorcing him on March 5th 2018 See **Exhibit Q Police Report and 911 Report taken March 5th 2018**. Although there are laws such as the VAWA and Restraining Order, Benjamin's falsehoods coupled with the actions of his Parents and Family Court judges blocked Agness from receiving the help she needs.

20

Benjamin is engaged in narcissistic abuse sponsored by the State of Tennessee and United States Government. The State Officers and federal judges sued by Agness prove this material fact in cases 2:23-CV-29, 2:23-CV-61, 2:23-CV-00130, and 3:23-CV-00367. This is outrageous conduct not tolerated in our civilized society that has greatly inflicted Agness with emotional and mental distress being a recipient of VAWA.

Benjamin and his mother are also permanently banned at Agness' apartment complex March 9th 2020 See **Exhibit R Ban Notice by Landlord Debra McCorkle.** Benjamin and Cindy wanted to know Agness residence because they want know her "every move." This was because Agness left the homeless shelter that she resided at in downtown Johnson City in December 2019. Agness faced eviction after she wasn't able to afford her apartment. Agness was a stay-at-home mother that took care of Benjamin and I.M full-time. Agness even suffered from postpartum depression.

Benjamin used Agness struggles with depression and postpartum depression to label her "mentally deteriorated." Agness was deprived of custody at the divorce trial by Judge Lauderback sued in 2:23-CV-29 See Exhibit S Order filed by Judge Lauderback February 22nd 2019. Judge Wright wrote a different narration of the case consisting of fraudulent misrepresentations about Agness character and

Petitioner is engaged in antagonistic abuse sponsored by the State of Tennessee and United States Government. The State Officers and federal judges sued by Agness prove this material fact in cases 2:22-CV-20, 2:23-CV-61, 2:23-CV-00124 and 3:23-CV-00201. This is outrageous conduct not tolerated in our civilized society that has greatly inflicted Agness with emotional and mental distress being a recipient of VAWA.

Benjamin and his mother agreed to permanently be rooted in Agness's apartment complex March 9th 2020 See Exhibit R Ban Notice by Landlord Debra McCorkle. Benjamin and Cindy wanted to know Agness residence because they want to track her everywhere. This was because Agness left the homeless shelter that she resided at in downtown Johnson City in December 2019. Agness faced eviction after she wasn't able to afford her apartment. Agness was a stay-at-home mother that took care of Benjamin and LM Pittman. Agness even suffered from post-partum depression.

Benjamin used Agness struggles with depression and postpartum depression to label her "mentally deteriorated." Agness was deprived of custody at the divorce trial by Judge Lauderback and in 2:22-CV-29 See Exhibit S Order filed by Judge Lauderback February 22nd 2019. Judge Wright made a different narration of the case consisting of fraudulent misrepresentations about Agness character and

mental health for the best interests of Benjamin. Judge Wright's motives were clear in the case; He is an advocate for abuse towards women by abusive men.

Agness had a spotless criminal record when she filed for the VAWA See Exhibit T Copy of Background Report submitted with VAWA. Benjamin, Cindy, Gary and Judge Wright knew this material fact; They devised a scheme to unlawfully arrest Agness based off her status under the VAWA on February 7th 2023 See 2:23-CV-29. This RICO civil conspiracy is geared at deporting Agness on fraudulent criminal charges originating from Judge Wright's "Contempt" Order.

Ms. Jones has been Agness biggest support system in the United States. Benjamin and his parents sabotaged Agness family ties in Zambia. Ms. Jones has been personally attacked by Judge Wright, Benjamin, and his wife Kelly Mccurry without cause. Benjamin's falsehoods have ruined Agness' ties to her family in Zambia known in the divorce case See **Exhibit U August 7th 2020 Transcript Page 13**. Judge Wright refused to swear Ms. Jones as a witness at the February 7th 2023 trial maliciously but swore the other witnesses provided by Benjamin.

Ms. Jones has known about Agness case since 2018; She also traveled from her own expense to show Agness and I.M support through this abusive situation. Judge Wright harassed Ms. Jones with Benjamin's attorney, Counsel Phillips,

22

shown in the recording submitted with 2:23-CV-29. Judge Wright laughed at Ms. Jones because she didn't know about I.M suffering from "constipation."

Agness didn't know this information either because she was blocked from seeing her son indefinitely since September 29th 2022. Judge Wright, Counsel Phillips and Benjamin laughed at Ms. Jones in open Court while Agness was forced to have trial in handcuffs; They laughed at Ms. Jones' because "she didn't know the case very well" as she claimed. This was outrageous conduct and inflicted Ms. Jones with emotional distress.

Ms. Jones heard Agness screaming on the phone as she was unlawfully arrested and abused by the arrest Order issued by Judge Wright on February 7th 2023. None of this mattered to Judge Wright and Benjamin because taxpayers fund these abusive games. Judge Wright held trial from 10am to 8pm evening abusing Agness and Ms. Jones in Court. Judge Wright then continued the case to March 24th 2023 after he learned that Agness posted bail for his fraudulent criminal charges See **Exhibit V Order Continuing February 7th 2023 trial**. Judge Wright made another fraudulent misrepresentation that this new date was "agreed" with Agness present. Judge Wright threw Agness in jail for 24hrs after she objected to her federal lawsuit 3:22-CV-180 used in her divorce case See 2:23-CV-29.

Benjamin, his parents, Judge Wright and all the Defendants in Agness' existing federal lawsuits despised Ms. Jones relationship with her. At the February 7th 2023 trial, Judge Wright and Counsel Phillips accused Ms. Jones of "hearsay"; This was because she knew more about the case than them. Ms. Jones and Agness met on an online bible study in 2018 and built the relationship since then. Judge Wright was assigned to Agness divorce case on November 10th 2022 because Judge Lauderback recused himself from the case on October 12th 2022.

Agness sued Judge Lauderback for granting temporary custody to Benjamin based off aggravated perjury and slander to her mental health. These falsehoods were made under pains and penalty of perjury in an ex-parte sole emergency petition submitted by Counsel Phillips. Counsel Phillips acted as Benjamin's "attorney" and "notary" which constituted complete fraud on the court. Judge Wright knew these material facts but retaliated against Agness for exposing the truth; He stripped Agness of full custody.

Ms. Jones helped Agness in multiple ways financially, spiritually, emotionally during this court battle involving I.M See **Exhibit EFRJ 1 Copies of Money sent to Agness via Cashapp, Exhibit EFRJ 2 Credit Card contract with Agness, Exhibit EFRJ 3 Phone Log History and Exhibit EFRJ 4 Sample Text Messages**. Ms. Jones is Agness' mentor and Godmother; She testified on February 7th 2023 and flew down to all of Agness' criminal court proceedings. Ms. Jones has

24

every right to bring claims for outrageous conduct and intentional infliction of emotional distress against Judge Wright, Benjamin and Gary. Benjamin and Gary were supposed to take care of Agness according to the affidavit of support but they refused to do so. Ms. Jones loves Agness and I.M and should not be treated as a "stranger" to the case. Agness has been talking to Ms. Jones everyday since August 2018. There is ample justification and evidence proving that Agness and Ms. Jones have a familial relationship. Benjamin and his family destroyed Agness relationship with her family in Zambia; They know this and torment Agness about it by attacking Ms. Jones who refused to fall for their falsehoods about Agness.

The Defendants sued in this case have support from State and Federal Officer to engage in a RICO civil conspiracy 18 U.S. Code § 1962 and Conspiracy to defraud the United States 18 U.S.C. § 371 to promote narcissistic and litigation abuse. "**If two or more persons conspire to injure, oppress, threaten,** or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the **free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States**, or because of his having so exercised the same... They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to

kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death" See 18 U.S. Code § 241. A violation of 18 United States Code section 1962(c) requires "(1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity." ( *Sedima,S.P.R.L. v. Imrex Co., Inc.* (1985) 473 U.S. 479, 496, fn. omitted.) To establish a pattern of racketeering activity, plaintiffs must allege at least two predicate acts that "`are interrelated by distinguishing characteristics'" ( *H.J. Inc. v. Northwestern Bell Telephone Company* (1989) 492 U.S. 229, 240 ( *H.J. Inc.*)) and "amount to or pose a threat of continued criminal activity." ( *Id.* at p. 239.) "[T]he threat of continuity is sufficiently established where the predicates can be attributed to a defendant operating as part of a long-term association that exists for criminal purposes" or "where it is shown that the predicates are a regular way of conducting defendant's ongoing legitimate business . . . or of conducting or participating in an ongoing and legitimate RICO `enterprise.' " ( *Id.* at pp. 242-243, fn. omitted.)" *See Charles J. Vacanti, M.D., Inc. v. State Comp. Ins. Fund*, 24 Cal.4th 800, 826 (Cal. 2001). Agness has multiple federal lawsuits all showing a pattering of "racketeering activity" by the Defendants in this lawsuit and 2:23-CV-61, 2:23-CV-00130, 3:23-CV-00367 and 2:23-CV-29. All these Defendants have a common goal to cause irreparable injury to Agness, I.M and Ms. Jones. Agness has fraudulent criminal charges left by Thomas Wright to aid and abet their racketeering.

Agness' "enjoyment of any right or privilege" secured to her by the laws of the US and Constitution is the VAWA and Affidavit of Support. The existing District Court judges at the Tennessee Eastern District are aware of this material fact yet they want to conceal the truth; It is their desire for Agness, I.M and Ms. Jones to suffer irreparable damage at the hands of the Defendants sued in this complaint. This is outrageous conduct. This is why Agness and Ms. Jones refuse to accept any existing District and Magistrate judge to preside over this complaint. President Joe Biden and Congress must appoint new judges pursuant to Article 3 of the US Constitution.

Agness and Ms. Jones seek damages for punitive, compensatory, pain and suffering as well as any other relief the Court deems fit.

Date: 10/27/23

Respectfully Submitted,

**Agness McCurry Pro Se**

512 Swadley Rd H 64

Johnson City TN 37601.

**Etha Jones, Pro Se**

100 Civic Dr 108

Hercules CA 94547.

# V. **BASIS FOR JURISDICTION**

This federal lawsuit arises from US Codes: 213 A of the Immigration Naturalization Act (INA), 28 USC § 2201, 18 USC §§241-242, Deprivation of Rights 42 USC § 1983 and 18 USC §§1962-1964.

Therefore, under 28 U.S.C § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Agness Mccurry and Etha Jones lawsuit is a federal question case.

# VI. **RELIEF SOUGHT**

Plaintiff's Agness Mccurry and Etha Jones seek relief from this Court that after reviewing this lawsuit and receiving a response from the Defendants that:

1. That a Court hearing be set to address the claims and supported facts in this lawsuit.

2. That the Court enter an Order of Declaratory Judgment to enforce the Affidavit of Support against Benjamin and Gary Mccurry.

3. That Compensatory, Special, Treble, Pain and Suffering and Punitive damages be determined at trial.

4. Court costs and other fees be taxed to the Defendants in their individual capacities.

5. Any other relief that this Court seems fit.

28

Date: 10/27/23

Agness Mccurry Pro Se

512 Swadley Rd H 64

Johnson City TN 37601.

Etha Jones, Pro Se

100 Civic Dr 108

Hercules CA 94547

# VII. DEFENDANTS ADDRESS INFORMATION

**Thomas Wright**

102 S Main St, Greeneville, TN 37743.


**Benjamin Mccurry**

401 Bettie St

Johnson City TN 37601.


**Gary and Cindy Mccurry**

106 Heritage Ct

Jonesborough TN 37659.

29

**Agness Mccurry Pro Se**

512 Swadley Rd H 64

Johnson City TN 37601.

**Etha Jones, Pro Se**

100 Civic Dr 108

Hercules CA 94547