UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| AGNESS MCCURRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-CV-00141-JRG-CRW |
| BENJAMIN MCCURRY and GARY MCCURRY, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion [Doc. 110], Defendants' Motion for Summary Judgment [Doc. 78] is **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 63] is **DENIED**. Plaintiff's Motion for Subpoena of Records [Doc. 101] is also **DENIED**. All other pending motions are **DENIED as MOOT**. This action is **DISMISSED with PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

So ordered.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/LeAnna Wilson
CLERK OF COURT