UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 24, 2025
KELLY L. STEPHENS, Clerk

No. 25-5945

AGNESS MCCURRY,

    Plaintiff-Appellant,

v.

BENJAMIN CURTIS MCCURRY; GARY MCCURRY,

    Defendants-Appellees.

Before: GRIFFIN, MURPHY, and RITZ, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of defendants' motion to dismiss.

IN CONSIDERATION THEREOF, it is ORDERED that the motion is GRANTED, and the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk